Allstodt v. The State.

———————◆———————

## ALLSTODT v. THE STATE.

CIRCUIT COURT.—*Prosecution by Affidavit and Information.*—In the absence of an indictment, there can be no prosecution commenced in the circuit court upon an affidavit without an information.

From the Jefferson Circuit Court.

*J. L. Knight,* for appellant.

*C. A. Buskirk,* Attorney General, for the State.

BUSKIRK, C. J.—The appellant was prosecuted and convicted in the court below for malicious trespass. The prosecution proceeded solely upon an affidavit. There was no information filed. It has been held, that, in the absence of an indictment, there can be no prosecution commenced in the

circuit court without an affidavit and information. *Byrne* v. *The State*, 47 Ind. 120; *Moniger* v. *The State*, 48 Ind. 383.

The judgment is reversed, with costs; and the cause is remanded, with directions to the court below to quash the affidavit.